UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN AVITIA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23-cv-15957 |
| THE CITY OF CHICAGO, BERNARD LEE, TIM TULLY, ERIN MURPHY, AND KEVIN SWEENEY | ) Honorable Jeremy C. Daniel |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants City of Chicago, Bernard Lee, Tim Tully, Erin Murphy, and Kevin Sweeney, by and through one of their attorneys, Michael J. Dinard, Assistant Corporation Counsel, move for summary judgment on all claims pled in plaintiff's complaint. In support of their motion, defendants state as follows:

1. Plaintiff, Christian Avitia, has sued the City and four of its officers under 42 U.S.C. § 1983, seeking redress for alleged violations of his Fourth Amendment rights. (Pl.'s Compl.; ECF No. 1.)

2. Defendants move for summary judgment on all claims pled in plaintiff's complaint because (1) defendants had probable cause to arrest plaintiff, (2) the defendants should be afforded qualified immunity for their actions, (3) the supervisor liability claim fails due to probable cause, and (4) the indemnification claim fails with the above claims. In support of this motion, defendants submit

a memorandum and a Local Rule 56.1 statement of undisputed material facts and exhibits, which are incorporated herein by reference.

WHEREFORE, defendants respectfully request that this court grant defendants' motion for summary judgment and grant such further relief this court deems equitable and just.

DATED: December 17, 2025                    Respectfully submitted,

                                   BY:    /s/ Michael J. Dinard
                                          MICHAEL J. DINARD
                                          Assistant Corporation Counsel
                                          Attorney No. 6308886

Maxwell Lisy, Assistant Corporation Counsel Supervisor
Michael J. Dinard, Assistant Corporation Counsel
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312.744.1975 (Phone)
michael.dinard@cityofchicago.org

**CERTIFICATE OF SERVICE**

I hereby certify that, on **December 17, 2025**, I submitted with the Clerk for the Northern District of Illinois using the Court's electronic filing system or CM/ECF **Defendants' Motion for Summary Judgment**, which served a copy to all counsel of record.

<u>/s/ Michael J. Dinard</u>
MICHAEL J. DINARD
Assistant Corporation Counsel